**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE,

    Plaintiff,

v.                                                     Case No.   3:23-cv-451-MMH-PDB

LOFTS AT LAVILLA 2, LTD, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Dismissal With Prejudice (Dkt. No. 34; Stipulation) filed on May 8, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record